# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138662(42)

TIMOTHY LANDIN RODRIGUEZ and
ANTONIO LANDIN RODRIGUEZ,
      Plaintiffs-Appellants,

v

DAVID A. MERCHANT, MICHAEL T.
MADDALONI, STACIA J. BUCHANAN, and
MERCHANT & MADDALONI, P.C.,
      Defendants-Appellees.

SC: 138662
COA: 288495
Ingham CC: 06-000316-NM

_____/

     On order of the Court, the motion for reconsideration of this Court's August 6, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

d1019